UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES FRANKLIN GETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-91 |
| | ) | |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to Greter v. Fidelity Management Trust Company, No. 3:14-CV-23. The Court finds that these cases involve similar parties and the same claims. Therefore, the two cases are related. See E.D. Tenn. L.R. 3.2(d)(3)(A)(1).

Because the first of these cases was assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley, this case will also be assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge